1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | 2:09-CR-448-JCM (RJJ) |
|  | ) |  |
| JOSE ROMERO, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**FINAL ORDER OF FORFEITURE**

On March 5, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JOSE ROMERO to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JOSE ROMERO pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on July 24, 2010, July 31, 2010, and August 7, 2010, in the Las Vegas Review-Journal/Sun, and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 29, 2010 through April 27, 2010, and further notified all known third parties by personal service of their right to petition the Court.

On July 29, 2010, this Court granted a Petition, Stipulation for Return of Property and Order concerning Steve Jimenez and the .45 caliber Colt Commande Pistol, serial number 70BS70749, stating he is the legal owner of the asset. Docket #33.

1       This Court finds no other petition was filed herein by or on behalf of any person or entity and
2  the time for filing such petitions and claims has expired.

3       This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 law:

11      (a)     a Davis Industries P-380 Pistol, serial number AP391346;
12      (b)     a .45 caliber Colt Commande Pistol, serial number 70BS70749; and
13      (c)     any and all ammunition.

14      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
15 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
16 any income derived as a result of the United States of America's management of any property
17 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
18 according to law.

19      The clerk is hereby directed to send copies of this order to all counsel of record and three
20 certified copies to the United States attorney's office.

21      DATED this 15th day of September, 2010.

22
23                                                  _____
                                                    UNITED STATES DISTRICT JUDGE
24
25
26

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Final Order of Forfeiture on September 10, 2010 by the below identified method of service:

E-mail/ECF

Rebecca Rosenstein
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Email: Rebecca_Rosenstein@FD.ORG

　　　　　　　　　　　　　　　　　　　　/s/AlexandraMMcWhorter
　　　　　　　　　　　　　　　　　　　　ALEXANDRA M. MCWHORTER
　　　　　　　　　　　　　　　　　　　　Forfeiture Support Associate Paralegal